# United States District Court
## *Southern District of Georgia*

William Goss,

                                      JUDGMENT IN A CIVIL CASE

         V.                         CASE NUMBER: CV614-86,

David Kennedy,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/29/14, granting the defendant's motion for judgment on the pleadings, judgment is hereby entered dismissing the case with prejudice.

9/29/14
*Date*

Scott Poff
Clerk



(By) Deputy Clerk